IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40433
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE FERREIRA-LOPEZ, also known as Luis Jimenez, also known as
Luis Fereira Jimenez, also known as Jose Luis Jimenez-Ferreira,
also known as Luis Jimenez-Ferrerira,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-00-388-1
--------------------
September 28, 2001

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Jose
Ferreira-Lopez ("Ferreira") has moved for leave to withdraw and
has filed a brief as required by Anders v. California, 386 U.S.
738 (1967).  Ferreira has not filed a response.  Our independent
review of the brief and the record discloses no nonfrivolous
issues.  Accordingly, the motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities herein,
and the APPEAL IS DISMISSED.  See 5th Cir. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.